NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RAYMOND R. MEDINA,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2021

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 22-6163, Judge Amanda L. Meredith.

---

# O R D E R

The appellant having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the brief required by Federal Circuit Rule 31(a) within the time permitted, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in

2                                                        MEDINA V. MCDONOUGH

accordance with the rules.

                                            FOR THE COURT

August 15, 2023
        Date                          /s/ Jarrett B. Perlow
                                      Jarrett B. Perlow
                                      Clerk of Court


**ISSUED AS A MANDATE:** August 15, 2023